# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO GARCIA,<br><br>             Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>             Defendants. | Case No. 1:22-cv-00213 JLT GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE<br><br>(Doc. 11) |

Francisco Garcia asserts the defendants violated his civil rights while he was incarcerated at Atwater USP. (*See generally* Doc. 8.) He initiated this action seeking to hold the defendants liable pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971). However, the magistrate judge found Plaintiff failed to prosecute this action and did not keep the Court informed of a current mailing address as required by Local Rule 183(b). (Doc. 11 at 1, 4.) The magistrate judge considered the factors identified by the Ninth Circuit and found terminating sanctions are appropriate. (*Id.* at 2-4.) Therefore, the magistrate judge recommended the Court dismiss the action without prejudice. (*Id.* at 1, 4.)

The Court served the Findings and Recommendations upon Plaintiff at the only address on record. However, the U.S. Postal Service returned the document marked "Undeliverable, [Return to Sender], No such number, Unable to forward" on March 17, 2025. Although the Court's mail was returned, service upon Plaintiff is deemed effective pursuant to Local Rule 182(f). Plaintiff

did not file objections[1], or take any action to prosecute this case since the Court's mail was first returned on September 13, 2024.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued February 26, 2025 (Doc. 11) are **ADOPTED** in full.
2. This matter is **DISMISSED** without prejudice.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **March 21, 2025**

UNITED STATES DISTRICT JUDGE

---

[1] Although the magistrate judge did not order a filing deadline, any objections were due within 14 days pursuant to Local Rule 304(b).