# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRANCISCO GARCIA ,** | **JUDGMENT IN A CIVIL CASE** |
| | CASE NO: **1:22–CV–00213–JLT–GSA** |
| v. | |
| **UNITED STATES OF AMERICA ,** | |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 3/21/2025 .**

ENTERED:  **March 21, 2025**          /s/  **Keith Holland**
                                                                Clerk of Court